[No. 6,028.]
## JEWELL v. McKINLEY.

INJUNCTION—NUISANCE.

APPEAL.

Department No. 1, by the COURT:

To determine the questions argued in the briefs of counsel,
would be to determine the cause on the merits in advance of the
trial. This, as the case is presented, we think we ought not to
do. We therefore express no opinion as to the validity or in-
validity of the ordinance under which the defendants seek to
justify their obstruction of the street in question, but upon the
authority of *Parrott* v. *Floyd,* 54 Cal. 534, affirm the order.
Order affirmed.